■ AMY G. GIACOMETTI, Respondent, v SHANNON M. DOYLE, Appellant. (Action No. 1.) SHANNON M. DOYLE, Plaintiff, v AMY G. GIACOMETTI, Defendant. (Action No. 2.) MARLE M. FIOCCO, Respondent, v SHANNON M. DOYLE, Appellant, and AMY G. GIACOMETTI, Respondent, et al., Defendants. (Action No. 3.) [929 NYS2d 916]—

Now, upon reading and filing the stipulation discontinuing appeal signed by the attorneys for the parties on July 29, August 1, 2 and 4, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.